**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.  12-cv-01554-RBJ-KMT**

KATHLEEN WEBER,

**Plaintiff,**

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

**Defendant.**

_____

**SCHEDULING ORDER IN AN ERISA ACTION**
_____

**1.  DATE OF CONFERENCE**
**AND APPEARANCES OF COUNSEL AND *PRO SE PARTIES***

August 29, 2012 at 8:30 A.M.

**2.  STATEMENT OF JURISDICTION**

This Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e)(1).  Venue is proper in this Court pursuant to 29 U.S.C. § 1132(e)(2).

**3.  STATEMENT OF CLAIMS AND DEFENSES**

A. Plaintiff:

1.  Breach of ERISA fiduciary duties by Defendant resulting in denial of disability benefits to Plaintiff, 29 U.S.C. § 1132.

2.  Breach of contract by Defendant.

3.  Request for attorney fees.

B.  Defendant: Lincoln National asserts that its determination that the Plaintiff was no longer disabled, as defined in the LTD Policy, and, therefore, that she was no longer eligible to receive LTD benefits under the LTD Policy was reasonable and supported by the evidence in the administrative record before it at the time it made its determination.  Lincoln National also asserts that its benefit determination was proper and was not arbitrary or capricious.  Lincoln National further asserts that to the extent Plaintiff is asserting a breach of contract claim premised upon state law, such claim is preempted by ERISA, 29 U.S.C. § 1144.  Finally, Lincoln National asserts that Plaintiff is not entitled to recover any attorneys fees under 29 U.S.C. § 1132(g).

### 4. COMPUTATION OF DAMAGES

a.  Damages in the amount of $3,949.08 per month from October 29, 2009 to date, less an offset for Social Security in the amount of $1,298.00, plus prejudgment interest at the statutory rate on the unpaid amount through judgment and attorney fees.

### 5. CONSENT

All parties have not consented to exercise of jurisdiction of a magistrate judge.

### 6. CASE PLAN AND SCHEDULE

The parties agree upon that the applicable standard of review is arbitrary and capricious.  Defendant has an inherent conflict of interest, as it is both the Claims Administrator and the insurer of the plan.  As such, the review of the claim must take into account that factor as well as other factors.

a.  Deadline for submission of the Administrative Record or Index: 09/28/12

      b.      Motion for filing any Motion Requesting Discovery:  10/31/12.

      c.      Deadline for filing a motion to supplement the administrative record: 11/15/12.

      d.      Deadline for filing Plaintiff's Opening Brief:  01/01/13.

      e.      Deadline for filing Defendant's Response Brief:  02/15/13.

      f.      Deadline for filing Plaintiff's Reply Brief:  03/01/13.

**7.  CONFERENCES**

**8.  OTHER MATTERS**

In addition to filing an appropriate notice with the clerk's office, counsel must file a copy of any motion for withdrawal, motion for substitution of counsel, or notice of change of counsel's address or telephone number with the clerk of the magistrate judge assigned to this case.

Counsel will be expected to be familiar and to comply with the Pretrial and Trial Procedures established by the judicial officer presiding over the trial of this case.

In addition to filing an appropriate notice with the clerk's office, a *pro se party* must file a copy of a notice of change of his or her address or telephone number with the clerk of the magistrate judge assigned to this case.

The parties filing motions for extension of time or continuances must comply with D.C.COLOLCivR6.1D. by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

DATED at Denver, Colorado, this 28th day of August, 2012.

BY THE COURT:

_____
United States District Judge

By: *s/Blair J. Trautwein*  
Blair J. Trautwein  
Wick & Trautwein, LLC  
323 S. College Avenue, Suite 3  
Fort Collins, Colorado  80524  
(970) 482-4011  
Fax:   (970) 482-8929  

*s/John M. Scannapieco*  
John M. Scannapieco  
Heather M. Gwinn Pabon  
Gordon & Rees, LLP  
555 Seventeenth Street, Ste. 3400  
Denver, CO  80202  
(303) 534-5160  
Fax:  

John M. Scannapieco  
Tenn. Reg. No. 14473  
Bradley Arant Boult Cummings LLP  
1600 Division Street, Suite 700  
P.O. Box 340025  
Nashville, TN  37203  
(615) 252-2352  
jscannapieco@babc.com